UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH PELTIER, | Civil No. C08-0284-RSL |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will re-evaluate and further develop the medical evidence or record regarding Plaintiff's mental and physical complaints;

Page 1      ORDER - [2:08-CV-284-RSL-MAT]

- The ALJ will further evaluate Plaintiff's musculoskeletal impairments and obtain a consultative orthopedic examination;
- The ALJ will re-evaluate steps two and three of the sequential evaluation process;
- The ALJ will re-evaluate Plaintiff's credibility;
- The ALJ will re-evaluate Plaintiff's RFC;
- The ALJ will re-evaluate step four and step five of the sequential evaluation process with the assistance of a vocational expert if necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 3rd day of November, 2008.

_____
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 3rd day of November, 2008.

s/ Mary Alice Theiler_____
United States Magistrate Judge

Presented by:
s/ Franco L. Becia   WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2114
Fax: (206)615-2531
franco.l.becia@ssa.gov